**Hazel Dennis, Appellant, v. Otto Naegele and Frida Naegele, Appellees.**

**Gen. No. 46,733.**

First District, Third Division.

June 13, 1956.

Released for publication September 12, 1956.

Knell & Lezak, for appellant; Morton A. Resnick, of counsel; Edward T. Howe, for appellees; Jerome H. Burns, of counsel. Opinion by JUDGE KILEY. **Not to be published in full.**